■ Joe N. Caldwell, Appellant, v Ellen M. Grant, Respondent. (Appeal No. 1.) [817 NYS2d 553]—Appeal from an order of the Supreme Court, Niagara County (Amy J. Fricano, J.), entered April 13, 2005 in a personal injury action. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.